Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
O:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFIRIO LOPEZ, | Case No. EDCV 06-623-VBF (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| A. K. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4-18-10

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge